**BRIGGS & STRATTON CORP.,**
Plaintiff–Appellee,

v.

**KOHLER CO., Defendant–Appellant.**

No. 2006–1520.

United States Court of Appeals,
Federal Circuit.

July 26, 2006.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**HOME SAVINGS OF AMERICA, FSB,**
**and H.F. Ahmanson & Co.,**
Plaintiffs–Appellees,

v.

**UNITED STATES, Defendant–**
**Appellant.**

No. 2006–5081.

United States Court of Appeals,
Federal Circuit.

July 27, 2006.

*ORDER*

Upon consideration of the motion to voluntarily dismiss this appeal filed by the United States, defendant-appellant in the above-captioned appeal, and the consent of Home Savings of America, FSB, and H.F. Ahmanson & Co., plaintiffs-appellees, to the motion, it is hereby

ORDERED that the United States' motion is hereby granted, and it is further

ORDERED that this appeal is hereby **DISMISSED** with prejudice, with each party to bear its own costs.